**Order entered April 16, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-13-00436-CV

### IN RE BABU S. KALLUVILAYIL, Relator

**Original proceeding from the Criminal District Court No. 1
Dallas County, Texas
Trial Court Cause No. F91-00956-TH**

## ORDER

Based on our opinion of today's date, we **DENY** in part and **DISMISS** in part relator's petition for writ of mandamus. We **ORDER** that relator bear the costs of this original proceeding.

/s/     DOUGLAS S. LANG
          JUSTICE